## STATE of Missouri, Respondent,

v.

## Kevin C. COLE, Appellant.

### No. WD 64509.

Missouri Court of Appeals,
Western District.

Aug. 16, 2005.

Sarah Weber Patel, Appellate Defender Office, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang and Evan Buchheim, Office of Attorney General, Jefferson City, for respondent.

Before LISA WHITE HARDWICK, Presiding Judge, PATRICIA A. BRECKENRIDGE, Judge, and PAUL M. SPINDEN, Judge.

### ORDER

Kevin C. Cole appeals the circuit court's judgment convicting him of burglary in the first degree and domestic assault in the first degree. We affirm. Rule 30.25(b).

■

## Joseph F. ROSS, Appellant,

v.

## ESTATE OF Roger COHEN, et al., Defendants,

## National Depository Corporation, Respondent.

### No. WD 64364.

Missouri Court of Appeals,
Western District.

Aug. 16, 2005.

Steven A. Ediger, Kansas City, MO, for appellant.

James T. Wiglesworth, Overland Park, KS, for respondent.

Patrick J. Doran, Greer S. Lang, Kansas City, MO, Ronald C. Rundberg, Overland Park, KS, for defendants.

Before NEWTON, P.J., LOWENSTEIN and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM.

Summary judgment was granted to an intervenor in a Missouri action who had foreclosed on a partnership interest in a previous judgment in Kansas. Appellant sought to preclude application or recognition of Kansas judgment. The trial court granted summary judgment based on application of full faith and credit clause of United States Constitution. Affirmed. Rule 84.16(b).